# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1189. DEBRA LANEY v. PARK GLENN COMMUNITY ASSOCIATION, INC.

The trial court ordered Debra Laney to pay attorney fees to Park Glenn Community Association, Inc. under OCGA § 9-15-14. Laney filed an application for discretionary review of the fee award, which this Court denied. See Case No. A26D0108 (Oct. 23, 2025). Laney also filed a motion in the trial court to vacate the fee award under OCGA § 9-11-60(d). The trial court denied that motion, and Laney filed this direct appeal. We, however, lack jurisdiction.

An appeal from the denial of a motion to vacate or set aside under OCGA § 9-11-60(d) requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Thus, "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173(1) (889 SE2d 343) (2023) (citation and punctuation omitted).

In light of Laney's failure to follow the required appellate procedure, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__02/06/2026_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*